## L. A. Dubsky, Appellee, v. Charles Stern, Appellant.

### Gen. No. 43,310.

Heard in the first division, first district, this court at the February term, 1945; opinion filed April 30, 1945; released for publication May 14, 1945. Despres & Lane, for appellant; Leon M. Despres and Albert Schwartz, of counsel; Lloyd W. Lehman, for appellee. Opinion by JUSTICE O'CONNOR. Not to be published in full.

## Charles C. Hoffman, Jr., et al., Appellants, v. Burnett Central Building, Inc., et al., Appellees.

### Gen. No. 43,331.

Heard in the first division, first district, this court at the February term, 1945; opinion filed April 30, 1945; released for publication May 14, 1945. Shulman, Shulman & Abrams and William Henning Rubin, for appellants; Poppenhusen, Johnston, Thompson & Raymond and Miller, Gorham, Wescott & Adams, for appellees; Henry J. Brandt, of counsel. Opinion by JUSTICE O'CONNOR. Not to be published in full.